FILED
 2013 Feb-21  PM 05:06
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RUSSELL CHANDLER,** ) <br> as Administrator of the Estate of ) <br> Sutton Helvey-Chandler, Deceased, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **ED BARGY RACING, LLC;** ) <br> **EVANSTON INSURANCE** ) <br> **COMPANY; and GENERAL** ) <br> **STAR NATIONAL INSURANCE** ) <br> **COMPANY,** ) <br> ) <br> **Defendants.** ) | **CIVIL ACTION NO.:** <br><br> **CV-13-MHH-0026-S** |

### DEFENDANT ED BARGY RACING, LLC'S
### MOTION TO STAY

COMES NOW defendant, Ed Bargy Racing, LLC (hereinafter "Bargy"), and hereby moves this Court to stay any effort by plaintiff to execute its judgment against this defendant pending appeal. In support of this motion to stay, Bargy says as follows:

1. Defendant appeals to the equitable power of this Court. Equity and the interests of fairness and justice limit plaintiff's right to demand payment on this judgment pending appeal where execution on the judgment under the undisputed facts of this case does not serve the underlying purpose of the direct

action statute, and is improper given the likely reversal of the judgment on appeal.  Plaintiff cannot demonstrate any "injury" from the Court invoking its equitable powers <u>in this case</u> to allow defendant to post a five million dollar bond in the amount of its insurance coverage pending the appeal of the underlying case to the Alabama Supreme Court.  Plaintiff has invoked the jurisdiction and equitable powers of this Court by filing this direct action pending an appeal, and defendant prays this Court will do justice and what is right with respect to all parties to secure plaintiff whatever protection this Court deems appropriate <u>in this direct action</u> to protect plaintiff's judgment if affirmed and to protect defendant during the pendency of its appeal.  Bargy seeks to invoke the equitable power of the Court, and principles of fairness, justice, and right dealing, and stands ready with clean hands to do equity in its dealings with plaintiff and to make every effort to provide reasonable protection to plaintiff with respect to staying execution on the judgment while Bargy's appeal is pending.

2.   Bargy adopts and incorporates herein Defendant General Star National Insurance Company's Motion to Stay (Document 11) filed on February 5, 2013.

3. Bargy adopts and incorporates herein Defendant Evanston Insurance Company's Motion for Abstention and/or Stay (Document 19) filed on February 11, 2013.

        Respectfully Submitted,

        s/ Morris Wade Richardson
        MORRIS WADE RICHARDSON (RIC026)
        *Attorney for Defendant Ed Bargy Racing, LLC*
        **RICHARDSONCLEMENT PC**
        200 Cahaba Park Circle, Suite 125
        Birmingham, Alabama 35242
        Phone:  (205) 572-4100
        Fax:  (205) 572-4199
        E-mail:  mwr@richardsonclement.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2013, a copy of the foregoing has been served on all counsel of record by electronically filing the same with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David H. Marsh, Esq.
William Reeves ("Rip") Andrews, Esq.
Thomas M. Powell, Esq.
MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Parkway, Suite 600-D
Birmingham, Alabama 35209
dmarsh@mrblaw.com
ripandrews@mrblaw.com
tpowell@mrblaw.com

John Dodson, Esquire
Ferguson, Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
jwd@ffdlaw.com

F. Lane Finch, Jr., Esquire
Hand, Arendall, LLC
200    Park Place, Suite 1200
Birmingham, Alabama  35203
lfinch@handarendall.com

Henry T. Morrissette, Esquire
Hand Arendall, LLC
Post Office Box 123
Mobile, Alabama  36602
hmorrissette@handarendall.com

          s/ Morris Wade Richardson
          OF COUNSEL